8 A.3d 1264

Theon **EPPS**, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

No. 29 EAP 2010.

Supreme Court of Pennsylvania.

Dec. 3, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of December, 2010, the above captioned appeal is hereby quashed for failure to file a brief.